PEOPLE v BAILEY. (Docket No. 57642.) Defendant has requested appointment of counsel under Administrative Order No. 1975-9, 395 Mich xliii. The request, the Court of Appeals record, and the trial court record have been considered, and the request is granted. Defendant shall file with Washtenaw Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Washtenaw Circuit Court at which the prosecution, defendant, and the State Appellate Defender shall appear personally to aid the court's inquiry. Washtenaw Circuit Court, upon a finding of indigency, shall appoint the State Appellate Defender and shall furnish any portion of the record counsel may require. Eugene Bailey, *in propria persona,* appellant.

PEOPLE v YOUNG. (Docket No. 57644.) Defendant has requested appointment of counsel under Administrative Order No. 1975-9, 395 Mich xliii. The request, the Court of Appeals record, and the trial court record have been considered, and the request is denied because the Court finds an inadequate basis for granting it. Michael J. Young, *in propria persona,* appellant.

PEOPLE v BEAUMONT. (Docket No. 57659.) Defendant has requested the appointment of counsel under Administrative Order No. 1975-9, 395 Mich xliii. The request, the Court of Appeals record, and the trial court record have been considered, and the request is denied because the Court finds an inadequate basis for granting it. Leonard LaFranco Beaumont, *in propria persona,* appellant.

JUNE 3, 1976

PEOPLE v HAINES. (Docket No. 57238.) Rehearing denied. *Carl Ziemba* for defendant-appellant. Reported at 396 Mich 362.

JEMINSON v MONTGOMERY REAL ESTATE & COMPANY. (Docket No. 55097.) Rehearing denied. *Wayne County Neighborhood Legal Services, Center for Urban Law and Housing,* and *Michael B. Bixby* for